IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**COMMUNITY BANK,**
**DESOTO COUNTY** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NO. 2:02CV251**

**MARTIN E. COOPER, JR., COOPER**
**GLASS COMPANY, LLC and C AND R**
**HOLDINGS COMPANY, LLC** **DEFENDANTS**
**THIRD-PARTY PLAINTIFFS**

**VERSUS** **THIRD-PARTY DEFENDANT**

## ORDER

This cause is before the Court on the plaintiff's Motion for Modification of Order Granting Continuance and Setting Trial for February 6, 2006 [91-1]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted. The trial of this matter, previously scheduled to commence on February 6, 2006 in Greenville, Mississippi will be continued and reset for trial on August 21, 2006 at 9:00 a.m. in Oxford, Mississippi.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion for Modification of Order Granting Continuance and Setting Trial for February 6, 2006 [91] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that the trial of this matter, previously scheduled to commence on February 6, 2006 in Greenville, Mississippi, is hereby CONTINUED and RESET for trial on August 21, 2006 at 9:00 a.m. in Oxford, Mississippi.

SO ORDERED, this the 17th day of August, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE