IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**COMMUNITY BANK, DESOTO COUNTY**                         **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO. 2:02CV251-P-A**

**MARTIN E. COOPER, JR.,**
**COOPER GLASS COMPANY, LLC, AND**                         **DEFENDANTS AND**
**C AND R HOLDING COMPANY, LLC**                         **THIRD-PARTY PLAINTIFFS**

**VERUS**

**MARK BARTLETT**                                  **THIRD-PARTY DEFENDANT**

## **ORDER**

This cause is before the Court on the Third Party Plaintiffs' Motion for Default Judgment Against Mark Bartlett [113-1]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion should be dismissed as moot.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Third Party Plaintiffs' Motion for Default Judgment Against Mark Bartlett [113-1] should be, and hereby is, DISMISSED AS MOOT.

SO ORDERED, this the 26th day of June, 2006.

                                                      /s/ W. Allen Pepper, Jr.
                                                      W. ALLEN PEPPER, JR.
                                                      UNITED STATES DISTRICT JUDGE